## Commonwealth *v.* Williams, Appellant.

Submitted November 11, 1971. *John J. Cohen,* for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Woodard, Appellant.

Argued November 10, 1971. *Lee E. Woodard,* appellant, in propria persona; *James R. Dailey,* Assistant District Attorney, and *Michael M. Palmisano,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.